ANDREW J. WAXLER (SBN 113682)
Email: awaxler@millerwaxler.com
STEVIE B. BARIS (SBN 287708)
Email: sbaris@millerwaxler.com
**MILLER WAXLER LLP**
411 South Hewitt Street
Los Angeles, CA 90013
Telephone: (213) 493-6400
Facsimile: (888) 749-5812

Attorneys for Crossclaim Defendant
WRAP UP INSURANCE SOLUTIONS, INC.,
(erroneously sued as WRAP UP SOLUTIONS, INC.)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT COURT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| CLEAR BLUE INSURANCE COMPANY, a Texas corporation, | Case No. 5:25-cv-06063-BLF |
| Plaintiff/Counterclaim Defendant, | [Assigned to Judge Beth Labson Freeman] |
| v. | |
| CAPITOL SPECIALTY INSURANCE COMPANY, a Wisconsin corporation; | **JOINT STIPULATION TO EXTEND THE TIME FOR CROSSCLAIM DEFENDANT WRAP UP INSURANCE SOLUTIONS, INC. TO RESPOND TO CROSSCLAIM** |
| Defendant/Crossclaim Defendant, | |
| ROGELIO CENTENO VILCHIS, an individual; PAULA TRINIDAD VILCHIS, an individual; and Does 1 through 50, inclusive, | |
| Defendants, | |
| FINNCO SERVICES INC., a California corporation; JUSTIN PLEASANTRS, an individual; | |
| Defendants/Counterclaim and Crossclaim Plaintiffs, | |
| v. | |
| WRAP UP SOLUTIONS, INC., a Missouri corporation, | |
| Crossclaim Defendant. | |

1  Crossclaim Defendant Wrap Up Insurance Solutions, Inc., erroneously named as Wrap Up Solutions, Inc. (hereinafter, "Crossclaim Defendant") and Crossclaim Plaintiffs Justin Pleasants and Finnco Services, Inc. (collectively, "Crossclaim Plaintiffs"), through their attorneys of record, hereby stipulate to a 15-day extension of time for the filing of Crossclaim Defendant's response to the Crossclaim, pursuant to Local Rule 6-1 and Federal Rules of Civil Procedure, Rule 6(a).

The Crossclaim Defendant's response to Crossclaim Plaintiff's Complaint, currently due on October 23, 2025, shall now be due on November 7, 2025.

This stipulation is without prejudice to any party seeking further extensions of time from the Court, if necessary,

Dated: October 13, 2025          **MILLER WAXLER LLP**

By: ANDREW J. WAXLER
STEVIE B. BARIS
Attorneys for Crossclaim Defendant,
WRAP UP INSURANCE SOLUTIONS, INC.,
(erroneously sued as WRAP UP SOLUTIONS, INC.)

Dated: October 13, 2025          **NEWMEYER & DILLION LLP**

By: */s/ Molly L. Okamura*
GREGORY L. DILLION
DANIEL S. SCHNEIDER
MOLLY L. OKAMURA
Attorneys for Crossclaim Defendants / Crossclaim Plaintiffs,
JUSTIN PLEASANTS, and
FINNCO SERVICES, INC., a California corporation

JOINT STIPULATION TO EXTEND THE TIME FOR CROSSCLAIM DEFENDANT
WRAP UP INSURANCE SOLUTIONS, INC. TO RESPOND TO CROSSCLAIM