UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEAR BLUE INSURANCE COMPANY, A TEXAS CORPORATION, <br><br> Plaintiff, <br> v. <br><br> CAPITOL SPECIALTY INSURANCE COMPANY, et al., <br><br> Defendants. | Case No.  25-cv-06063-BLF <br><br> **ORDER GRANTING MOTION FOR LEAVE TO AMEND CROSSCLAIM FILED BY FINNCO SERVICES, INC. AND JUSTIN PLEASANTS** <br><br> [Re:  ECF 49] |

United States District Court
Northern District of California

Before the Court is the unopposed motion of Finnco Services, Inc. and Justin Pleasants for leave to amend their crossclaim to add Michal Roberts Construction ("MRC") as a new crossclaim defendant. *See* Mot., ECF 49.  The July 30, 2026 hearing on the motion is VACATED.  The motion is GRANTED as discussed below.

The motion is governed by Federal Rule of Civil Procedure 15. *See* Case Management Order, ECF 48 (setting deadline for amendment under Rule 15).  Rule 15 directs that "[t]he court should freely give leave when justice so requires."  Fed. R. Civ. P. 15(a)(2).  The Court considers five factors:  "(1) bad faith, (2) undue delay, (3) prejudice to the opposing party, (4) futility of amendment; and (5) whether plaintiff has previously amended his complaint." *In re W. States Wholesale Nat. Gas Antitrust Litig.*, 715 F.3d 716, 738 (9th Cir. 2013) (internal quotation marks and citation omitted).

The record does not suggest bad faith (factor 1) or undue delay (factor 2), as the movants recently became aware of their claims against MRC.  See Hall Decl. ¶ 13-15, 18, ECF 49-1.  No party has opposed the motion, and the Court perceives no prejudice to MRC in being brought into

the case after its commencement, as discovery has only recently commenced and trial is a year away (factor 3). *See id.* ¶ 19. The amendments are not futile on their face (factor 4). Finally, movants have not previously amended their crossclaim (factor 5).

Accordingly, Finnco Services, Inc. and Justin Pleasants may file their proposed amended crossclaim. They shall file their amended pleading by June 18, 2026.

**IT IS SO ORDERED.**

Dated:  June 12, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

2